## Commonwealth *v.* Custalow, Appellant.

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ Submitted March 12, 1973. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Daniels, Appellant.

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ Argued March 20, 1973. *Taylor Andrews,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Jeffrey Brodkin,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.